UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS PARKER, JR.,

    Plaintiff,

                                                                                  CASE NO. 1:10-CV-195

v.

                                                                                  HON. ROBERT J. JONKER

DIAL EQUITIES, INC.,

    Defendant.

_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

        The Court has reviewed the Magistrate Judge's Report and Recommendation (docket # 28). The Report and Recommendation was duly served on the parties on June 14, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 14, 2011, is approved and adopted as the opinion of this Court.

        **IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (docket # 22) is **GRANTED**. The case is **DISMISSED**.

Dated:   July 14, 2011               /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE